**Melvin B. ERICSON v. DOW MANUFACTUR-ING CO.**

No. 4807.

Circuit Court of Appeals, Seventh Circuit.

Dec. 8, 1932.

Frederick O. Mason, of Chicago, Ill., for appellant.

John S. Hummer, of Chicago, Ill., for appellee.

Before ALSCHULER, EVANS, and SPARKS, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel filed this day, it is now here ordered, adjudged, and decreed by this court that this appeal be, and the same is hereby, dismissed, with costs.

**Peter P. FEDDOCK, Plaintiff-Appellee, v. LE-HIGH VALLEY RAILROAD COMPANY, Defendant-Appellant.**

No. 151.

Circuit Court of Appeals, Second Circuit.

Jan. 9, 1933.

Alexander & Green, of New York City (Clifton P. Williamson and H. S. Ogden, both of New York City, of counsel), for appellant.

Thomas J. O'Neill, of New York City (William J. Hogan, of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

**FIRST NATIONAL BANK OF DUNLAP, Iowa, et al., Appellants, v. HARRISON COUNTY, State of Iowa, et al.**

No. 9145.

Circuit Court of Appeals, Eighth Circuit.

Oct. 28, 1932.

H. L. Robertson and Paul E. Robertson, both of Council Bluffs, Iowa, for appellants.

William M. Tatum and Paul E. Roadifer, both of Logan, Iowa, for appellees.

PER CURIAM.

Affirmed, with costs, per stipulation of parties that case abide by decision of this court in case of First National Bank of Woodbine, Iowa, et al., v. Harrison County, Iowa, et al., 57 F.(2d) 56.

**Joe FREEMAN v. UNITED STATES of America.**

No. 653.

Circuit Court of Appeals, Tenth Circuit.

Sept. 12, 1932.

R. H. Morgan, of Oklahoma City, Okl., for appellant.

Herbert K. Hyde, U. S. Atty., of Oklahoma City, Okl.

Before LEWIS, COTTERAL and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed for failure to prosecute.